IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re:   Chapter:   13

Wanda Faye Harris   Case No.:   17-72028-JHH13
    SSN:   xxx-xx-5512

    Debtor

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE2

Comes now WELLS FARGO BANK, N.A., AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2005-HE2 , its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and moves this Honorable Court to lift the automatic stay in the above-referenced Debtor(s)' Chapter 13 bankruptcy and in support thereof, Creditor avers as follows:

1. This Debtor filed their bankruptcy petition with this Court on 11/21/2017.

2. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C. §§ 157 and 1334; and 11 U.S.C. § 362. The Motion for Relief from Automatic Stay constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 4001(a) and 9014.

3. The Creditor holds a mortgage lien on the property commonly referred to as 818 Baptist Line Rd, Aliceville, AL 35442-2617, and more fully described in the mortgage and note.

4. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor,

directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5. The terms of the Debt Agreement were amended by a loan modification agreement entered into between Wells Fargo Bank, N.A. and Debtor dated July 28, 2015. (the "Loan Modification Agreement").

6. The Creditor has not received post-petition regular monthly routine maintenance mortgage payment(s). The mortgage and loan held by the Creditor is in post-petition default under the terms and conditions stated upon the face of the mortgage and loan documents. The Debtor is in post-petition default for the mortgage payments due for the months of December, 2017, through the current date.

7. The value of the property is $86,880.00 based on the Debtor's Schedules.

8. The payoff was $32,536.53 as of July 19, 2018.

9. The Debtors' failure to make regular monthly routine maintenance mortgage payments unto the Creditor as they become due post-petition results in a unilateral modification of the mortgage and note between the parties in violation of 11 U.S.C. § 1322(b)(2).

10. The Debtor has not made a good faith effort to provide for and make the regular monthly routine maintenance mortgage payments as they become due in a manner to ensure that the Creditor receives the regular monthly routine maintenance mortgage payments consistent with the terms of the mortgage and mortgage loan documents.

11. The Debtor has willfully violated the terms and provisions of his/her/their Chapter 13 plan, and if applicable the order confirming said plan.

12. The Debtors' actions have caused unreasonable delay that is prejudicial to the Creditor. Further, the Creditor is not adequately protected.

13. The Creditor desires to protect its interests and proceed with taking possession of the property.

## WAIVER OF FED. R. BANKR. P. 4001(a)(3)

14. This is a Chapter 13 bankruptcy case. The Debtor either knows, should know, or has been informed by Debtors' Counsel of the rules of this Bankruptcy Court and the potential penalties for non-compliance. Therefore, the Creditor requests this court waive the fourteen day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

## FUTURE DEFAULT

15. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will lift, modify, or terminate the automatic stay now in force and effect in order that the Creditor may obtain possession of its collateral and may enforce any and all of its state law rights and remedies in and to the subject collateral; the Creditor further requests that this Court waive the effect of Fed. R. Bankr. P. 4001(a)(3); or IN THE ALTERNATIVE, order an appropriate cure of the post-petition arrearage and default; and grant said Creditor future relief, modification, termination, or lifting of the automatic stay now in force and effect, should the Debtor(s) default on any future payments to be made unto said Creditor, in order that the Creditor may obtain possession of its collateral, may foreclose, or liquidate its collateral under state law, or seek to negotiate a loss mitigation forbearance or other agreement with the debtor in an attempt to avoid foreclosure or other action. Creditor further requests relief from applicable provisions of FRBP 3002.1, once relief from the stay is granted by Court Order. Creditor further requests relief from stay in order to enforce any and all Creditor's rights, title, and interest in and to the subject property, under applicable non-bankruptcy law.

Respectfully submitted,

/s/ Enslen Crowe
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Attorney for Creditor

OF COUNSEL:
Enslen Crowe
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5013 / Fax: 205-212-2989
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Wanda Faye Harris
820 Baptist Line Rd.
Aliceville, AL 35442

and served via electronic case management to:

Marshall Entelisano
701 22nd Avenue
Suite 2
Tuscaloosa, AL 35401
entelisanolawfirm@gmail.com

C. David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588
dcottingham@ch13tuscaloosa.com

On this the 25th day of July, 2018.

/s/ Enslen Crowe
OF COUNSEL

STATE OF South Carolina)

COUNTY OF York_)

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared <u>Charice Gladden</u>, who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer Wells Fargo Bank, N.A., as servicer for HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust, Inc. Asset Backed Pass-Through Certificates Series 2005-HE2 mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. Based on my review of said records, I have personal knowledge of this mortgage loan and hereby state the following:

1. Debtor: Wanda Faye Harris
2. Bankruptcy Case No: 17-72028-JHH-13
3. Property Description: 818 Baptist Line Rd, Aliceville, AL 35442-2617

Delinquent Status as of 07/19/18:
8 payments of $572.16 each for 12/01/17 through 07/01/18     $4577.28
Total     $4,577.28

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to by me on this 23rd day of July, 2018.

_Charice Gladden_
Charice Gladden
Title: Vice President Loan Documentation
Movant: Wells Fargo Bank. N.A. as servicing agent
for HSBC Bank USA, National Association as
Trustee for Citigroup Mortgage Loan Trust, Inc.
Asset Backed Pass-Through Certificates Series
2005-HE2

State of South Carolina )
County of York_____ )

Sworn/affirmed to and subscribed before me on this 23rd day of July, 2018.
Personally known [ ] or produced identification [X].
Type of identification produced driver's license.

_Cynthia Solano_
(Signature of Notary Public)
My commission expires 07-28-2027
Notary seal

**Cynthia Solano**
**State Of South Carolina**
My Commission Expires
July 28, 2027